**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:  In re Elaine Allen, Individually and as Independent
          Administrator of the Estate of Roy Freeman Allen, Joyce Allen
          Rives, and Eloise Allen Bingham

Appellate case number:  01-22-00464-CV

Trial court case number:  8916

Trial court:        County Court at Law of Grimes County

   On June 22, 2022, relator, Elaine Allen, Individually and as Independent Administrator of the Estate of Roy Freeman Allen, Joyce Allen Rives, and Eloise Allen Bingham, filed a petition for writ of mandamus, complaining of the trial court's June 7, 2022 order that authorizes Brett S. Charles, Temporary Administrator of the Estate of James Perry Allen, Jr, Deceased, to sell certain personal property of the estate at auction on June 25, 2022. Relator also filed an emergency motion to stay the trial court's order authorizing the scheduled June 25, 2022 auction. We grant relator's emergency motion and stay the June 7, 2022 order. *See* TEX. R. APP. P. 52.10(b). This stay of the trial court's order is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

   Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

   It is so ORDERED.


Judge's signature: /s/ Richard Hightower
         ☒ Acting individually

Date: June 23, 2022